**George G. VILLERE and the Travelers Indemnity Company**

**v.**

**John MOOK et al.**

No. 52944.

Nov. 16, 1972.

Writ refused. On the facts found by the Court of Appeal, the judgment is correct.

268 So.2d 258

**Willie MONTGOMERY**

**v.**

**The CITY OF NEW ORLEANS and the Travelers Insurance Company.**

No. 52942.

Nov. 16, 1972.

Writ denied. Under the facts found by the court of appeal, the result is correct.

268 So.2d 259

**B. J. MAYLIN, owner**

**v.**

**Louis ADAMS.**

No. 52964.

Nov. 16, 1972.

Writ refused. There is no error of law in the judgment below.

BARHAM, J., is of the opinion the writ should be granted.

TATE, J., is of the opinion the writ should be granted in order for this court to express its views on the serious issues presented.

DIXON, J., concurs in the denial for the reason that the ordinances do not purport to protect complaining tenants from retaliation by the landlord.